JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN T. SIMMONS, | Case No. EDCV 07-149 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: March 19, 2008         /s/ ARTHUR NAKAZATO
                              ARTHUR NAKAZATO
                              UNITED STATES MAGISTRATE JUDGE